UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

PROFESSIONAL SPORT SERVICE FI OY,

                Petitioners,

        -against-

PUCK AGENCY LLC,

                Respondents.

------------------------------------------------------X

19 **CIVIL** 5904 (CS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2019

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order, and the attached Order to the Decision and Order, both dated November 8, 2019, Petitioner's motion to confirm the award is granted in part and denied in part, as set forth in the Court's Order, Judgment is entered in favor of Petitioner on all aspects of the Petition except the request for future commissions;

1. The Arbitral Award against the Respondent, attached to the order as exhibit "A" is hereby confirmed in its entirety;

2. Judgment is hereby entered against Respondent, Puck Agency LLC and in favor of Petitioner Sport Service Fi Oy, in the total amount of $323,327.58 as of May 31, 2019, with applicable interest continuing to accrue, detailed as follows:

    a. $323,327.58 as of May 31,2 109, comprised of the following amounts as per the Arbitral Award:

        i. $83,910.26, comprised of $76,616.00 plus $7,294 in interest of 5% on this amount from July 5, 2017 through May 31, 2019, with interest continuing to accrue until payment is made;

        ii $179,691.31, comprised of $171,919.60 plus $7,771.71 in interest of 5% on this amount from July 5, 2018 through May 31, 2019, with interest continuing

to accrue until payment is made;

    iii. $48,015.07, comprised of $46,326.99 for costs and expenses incurred by Petitioner in connection with the arbitration proceedings, together with delay interest of 7% in the amount of $1,688.08 pursuant to Section 4(1) of the Finnish Interest Act from one month from the date of the Arbitral Award through May 31, 2019, with interest continuing to accrue until the amount has been paid in full:

    iv. $11,710.94 due from Respondent to Petitioner in connection with fees and costs paid to the Arbitrator, Henrick Fieber;

3. Respondent shall pay the costs in this action; accordingly, this case is closed.

**Dated**: New York, New York
November 13, 2019

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019